**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| HEATH P. KNOX, AND ) | |
| MICHELLE L. LOCKWOOD-KNOX, ) | Case No: 18-21765-CMB |
| Debtors. ) | |
| ) | Chapter 13 |
| HEATH P. KNOX, AND ) | |
| MICHELLE L. LOCKWOOD-KNOX, ) | Document No.: 26 |
| Movants, ) | |
| ) | |
| v. ) | |
| ) | |
| DITECH FINANCIAL, LLC, ) | |
| ) | |
| Respondent. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

**MOTION FOR LOSS MITIGATION**

1. The Debtor(s) in this case hereby request the commencement of the Court's *Loss Mitigation Program* (LMP) as set forth in *W.PA.LBR 9020-1 through 9020-7* with respect to property located at: **103 Kennedy Road, Prospect, Pennsylvania, 16052.**

2. The Creditor is **Ditech Financial, LLC,** and is registered on the Portal.

3. The Creditor is the holder of a first mortgage.

4. A *Certification of LMP Eligibility and Readiness* (Local Bankruptcy Form 40) and a *Proposed Loss Mitigation Order* (Local Bankruptcy Form 41) are attached to this Motion pursuant to *W.PA.LBR 9020-2(c)*.

5. Pursuant to *W.PA.LBR 9020-2(d)*, any objection to the relief requested herein must be filed within fourteen (14) days of service of the Motion.

Date: July 11, 2018                    Submitted by:

                                              /s/ Dai Rosenblum, Esq.
                                              Dai Rosenblum, Esq., Attorney for
                                              Heath Knox & Michelle Lockwood-Knox, Debtors
                                              Suite B, 254 New Castle Road
                                              Butler, PA 16001-2529
                                              724-283-2900    Pa. ID# 31802
                                              dai@dairosenblumbankruptcy.com